### 37023. BRAY *v.* THE STATE.

GARDNER, Presiding Judge. This case is controlled on the issues now before this court by the ruling in *Favors v. State,* 95 *Ga. App.* 318 (97 S. E. 2d 613). In that case the wording of the sentence of the court was identical with that of the sentence of which complaint is made here. The issues there are identical with those involved in the instant case. This case came from the same trial court with the same trial judge presiding as in the *Favors* case. We are of the opinion that the *Favors* case had not been published when the instant case was tried, because the *Favors* case was decided by this court on March 15, 1957, and the instant case was tried at the August term.

The solicitor-general in the instant case requests us to review and overrule the *Favors* case. This we decline to do. The principles of law announced in the *Favors* case have been sustained by the appellate courts of Georgia on numerous occasions. See *Dixon* v. *Baughn,* 149 *Ga.* 86, 87 (99 S. E. 34); *Cooley* v. *Dixon,* 149 *Ga.* 506 (101 S. E. 181); *Cross* v. *Huff,* 208 *Ga.* 392 (67 S. E. 2d 124) and cases cited therein; *Taylor* v. *State,* 84 *Ga. App.* 852 (67 S. E. 2d 828); *and Fowler* v. *State,* 85 *Ga. App.* 876 (70 S. E. 2d 599).

The trial court erred in attempting to revoke the purported probation sentence.

*Judgment reversed. Townsend and Carlisle, JJ., concur.*

DECIDED JANUARY 20, 1958.

*Larry V. McLeod, Vane G. Hawkins, Jay D. Gardner,* for plaintiff in error.

*Preston M. Almand, Solicitor,* contra.